UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE HOWARD,

    Petitioner,

v.	Case No. 6:04-cv-00407-Orl-31JGG

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

This case is before the Court on a Notice of Appeal, which this Court presumes incorporates an Application for Certificate of Appealability (Doc. Nos. 26 & 27, filed September 28, 2006). This Court should grant an application for certificate of appealability only if the Petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Petitioner has made no such showing. Therefore, it is

**ORDERED:**

Petitioner's Application for Certificate of Appealability (Doc. No. 27) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida, this 2nd day of October, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 10/2
Bruce Howard
Counsel of Record